**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:**  **BARRETT GREENAWALD,** | : | Case No. 16-54733 |
| **ROBERTA GREENAWALD,** | : | |
| | : | Chapter 13 |
| | : | |
| Debtors. | : | Judge John E. Hoffman Jr. |

## APPRAISAL OF PROPERTY

Please find the attached valuation of real estate located at 8017 Marble Park Ave, Reynoldsburg, Ohio 43068 for the above referenced Debtors.

Respectfully submitted,

*/s/ Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio   43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com