

## REAL ESTATE OPINION                                7/17/2016

SUBJECT PROPERTY:   8017 Marble Park Avenue, Reynoldsburg, Ohio 43068
OWNER               Roberta & Barrett Greenawald
TAX CARD VALUE      $213,500
PROPERTY DESCRIPTION:

    4 Bedroom    2.5 Bath    Built 2005    2 Story
    2422 square feet    2 Car Attached Garage
    Full Basement    .21 Acres

COMPARABLE HOME SALES:

    98 Quarry Park Drive, Reynoldsburg, Ohio 43068
    4 Bedroom    2.5 Bath    Built 2000    2 Story
    2487 square feet    2 Car Attached Garage
    Partial Basement    .32 Acres
    Notes: Good condition.
    **SOLD**    9/8/2015    $221,900

    964 Quarry Park Drive, Reynoldsburg, Ohio 43068
    4 Bedroom    2.5 Bath    Built 2000    2 Story
    2486 square feet    2 Car Attached Garage
    Partial Finished Basement    .32 Acres
    Notes: Great condition.
    **SOLD**    8/14/2015    $225,000

    7970 Priestly Drive, Reynoldsburg, Ohio 43068
    4 Bedroom    2.5 Bath    Built 1999    2 Story
    2536 square feet    2 Car Attached Garage
    Full Basement    .28 Acre
    Notes: Great condition.
    **SOLD**    5/26/2016    $234,900

COMMENT:

The owner indicates the flooring in the home needs replaced. Upon comparing both the current homes on the market and those that have sold, both positively and negatively adding for features, I would place a value on the above mentioned property at **$219,000**. This is strictly an opinion based on the particulars of the home. This value is based on the home being in at least "Fair" condition.

Tara Krotzer
Equity, Inc.